IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES McKNIGHT,           )
                            )
    Plaintiff,             )
                            )
v.                          )   Cause No. 09-201-DRH
                            )
ILLINOIS CENTRAL RAILROAD   )
COMPANY, a corporation,     )
                            )
    Defendant.             )

## ORDER

This matter comes before the Court on the motion of Defendant, Illinois Central Railroad Company, for leave to file its First Supplement to its Motion to Transfer Under 28 U.S.C. § 1404(a). After considering the merits of Defendant's Motion, the Court **GRANTS** Defendant's Motion and deems the First Supplement to its Motion to Transfer Under 28 U.S.C. § 1404(a) filed *INSTANTER*.

Dated this 2nd day of July, 2009.

/s/ *David R Herndon*

**Chief Judge
United States District Court**