IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES McKNIGHT**,

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY,**

**Defendant.**                                                                 No. 09-0201-DRH

### ORDER

**HERNDON, Chief Judge:**

This cause is before the Court on Defendant's Motions for Leave to File Second and Third Supplements to Defendant's Motion to Transfer Under 28 U.S.C. 1404(a) (**Docs. 53-54**).  For good cause shown, the Court **ALLOWS** Defendant leave to file its those supplements to Defendant's Motion to Transfer Under 28 U.S.C. 1404(a). Defendant is instructed to file the supplements on or before October 1, 2009.

**IT IS SO ORDERED.**

Signed this 30th day of September, 2009.

/s/    David R Herndon
**Chief Judge
United States District Court**