IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES MCKNIGHT,**

    **Plaintiff,**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, a corporation,**

    **Defendant.**　　　　　　　　　　　　Case No. 09-cv-201-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the court is Plaintiff's Motion to Delay Entry of Judgment (Doc. 90). Plaintiff requests a delay because he is currently awaiting the transfer of the settlement funds from Defendant and he cannot say with certainty that the transfer will be complete prior to the expiration of the 60-day period alloted by the Court in its 60-day Order (Doc. 89). The Motion further states that Defendant does not object to a delay in the entry of judgment.

Therefore, for good cause shown, the Court **GRANTS** Plaintiff's Motion (Doc. 90) and hereby directs the Clerk of the Court to stay entry of a

Judgment of Dismissal until Plaintiff has received the settlement funds, and thereafter so notifies this Court by filing a motion for entry of judgment.

**IT IS SO ORDERED**.

Signed this 15th day of June, 2010.

/s/  David R Herndon

**Chief Judge
United States District Court**