IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES McKNIGHT,**

    **Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY,**

    **Defendant.**　　　　　　　　　　Case No. 09-cv-201-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on stipulation for dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 15, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                               **NANCY J. ROSENSTENGEL,**
                               **CLERK OF COURT**


                          **BY:**      ***/s/Sandy Pannier***
                                      **Deputy Clerk**

Dated: June 15, 2011

*Digitally signed by David R. Herndon*
*Date: 2011.06.15 14:30:03 -05'00'*

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT